Case 1:25-mj-00055-MJS    Document 1-1    Fil

Case: 1:25-mj-00055
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 3/27/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On March 21, 2025, at approximately 8:25 PM, Officers of the Metropolitan Police Department (MPD) Third District were conducting patrols, wearing full MPD uniform in fully marked cruisers. At approximately 8:25 PM, officers responded to the common area of a housing complex located near 107 Q Street NW for reports of individuals gambling with firearms present. An individual, who wished to remain anonymous, stated that he saw the barrel of a firearm on the ground and contacted the police.

Once the officers arrived at the scene, they observed individuals smoking marijuana and drinking in public. Officers approached the individuals and noted that Defendant Robert CORBIN III ("Corbin") separated himself from the group as the police arrived and was walking away. The undersigned affiant, Officer Chase Williams ("Officer Williams"), approached CORBIN and observed that he was holding what appeared to be and smelled like a marijuana cigarette and an open red cup that smelled of tequila. Marijuana is a Schedule I controlled substance under federal law. The officer also observed that CORBIN was carrying a blue duffel bag.

Officer Williams asked CORBIN if he had any additional marijuana in the bag or guns on him, which CORBIN denied. As Officer Williams patted down CORBIN's waistband, he felt a hard object in CORBIN's waistband, which in the officer's training and experience, was consistent with a concealed firearm. Officer Williams asked CORBIN what the object was. CORBIN responded "nothing," attempted to shove Officer Williams' hands away from his waistband, and grabbed toward the officer. A struggle ensued.

Additional officers ran over to where CORBIN and Williams were standing to assist Officer Williams. Officer Williams alerted the other officers that there was a firearm in CORBIN's waistband, and an officer recovered the firearm.



*Figure 1: Officer Recovers Firearm from CORBIN's waistband*

As the officers attempted to arrest CORBIN, CORBIN grabbed at officers and moved his arms in what appeared to be an attempt to prevent them from placing handcuffs on him. After several minutes, CORBIN was eventually handcuffed without incident.

The firearm recovered was later determined to be a Glock 19 9 millimeter bearing serial number BNYV328. The firearm was loaded with one bullet in the chamber and an additional nineteen rounds in a large-capacity magazine. The firearm was further equipped with a laser sight and modified with a converter switch, which is also commonly referred to as a "giggle switch." A "giggle switch" converts a traditional handgun into a fully automatic handgun or machine gun, giving the shooter the ability to expel the entire magazine with just one press of the trigger.



*Figure 2: Loaded Firearm with "Giggle Switch" and Large-Capacity Magazine Recovered from CORBIN*



*Figure 3: Loaded Magazine in Firearm Recovered from CORBIN*



*Figure 4: Laser Sight on Firearm Recovered from CORBIN*

In addition, search incident to the arrest of the blue duffel bag on CORBIN's person revealed a large capacity magazine inside of the bag. The magazine had a thirty-one (31) round capacity and was loaded with seventeen (17) rounds of 9 millimeter ammunition.



*Figure 5: Additional Large-Capacity, Loaded Magazine Recovered from CORBIN*

CORBIN's identity was confirmed, and it was confirmed that CORBIN did not have a license to carry a handgun in the District of Columbia. A criminal history check showed that CORBIN was previously convicted in 2017 in D.C. Superior Court Case number 2017-CF3-006093 of: Unlawful Possession of a Firearm (Prior Conviction) and sentenced to 48 months. Accordingly, CORBIN would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Robert CORBIN III with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

Officer Chase Williams
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 27, 2025.

Honorable Matthew J. Sharbaugh
United States Magistrate Judge